### 25512. LOWERY v. SMITH, Warden.

NICHOLS, Justice. The appellant has failed to file an enumeration of errors, as is required by the Appellate Practice Act. Ga. L. 1965, pp. 18, 29; 1965, pp. 240, 243; 1968, pp. 1072, 1077 (*Code Ann.* § 6-810). Therefore the appeal must be dismissed.

*Appeal dismissed. All the Justices concur.*

SUBMITTED NOVEMBER 10, 1969—DECIDED DECEMBER 4, 1969.

Bartha Lowery, *pro se.*

*Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant Attorney General, Marion O. Gordon, Assistant Attorney General, Larry H. Evans,* for appellee.